No. 1334. UNITED STATES *v.* WHEELBARGER;
No. 1335. UNITED STATES *v.* RAMBEAU;
No. 1336. UNITED STATES *v.* LEWIN; and
No. 1341. UNITED STATES *v.* SAGNER.

June 2, 1947. *Per Curiam:* The judgments are reversed. *United States* v. *Palletz,* 330 U. S. 812, and authorities cited. *Acting Solicitor General Washington* for the United States. Reported below: No. 1341, 71 F. Supp. 52.

No. 1344. HUMBLE OIL & REFINING CO. *v.* RAILROAD COMMISSION OF TEXAS ET AL.; and
No. 1345. WILLIAMS ET AL. *v.* RAILROAD COMMISSION OF TEXAS ET AL.
June 2, 1947. *Per Curiam:* The motion to affirm is granted and the judgments are affirmed. *J. A. Rauhut, Nelson Jones, Norman L. Meyers, Rex G. Baker* and *R. E. Seagler* for appellant in No. 1344. *Dan Moody* for Williams et al., appellants in No. 1345. *Price Daniel,* Attorney General of Texas, and *Fagan Dickson,* First Assistant Attorney General, for the Railroad Commission of Texas et al., and *James P. Hart* for Ashcroft et al., appellees. Reported below: 193 S. W. 2d 824.

No. —. BAUER *v.* CLARK, ATTORNEY GENERAL OF THE UNITED STATES. June 2, 1947. The application for the appointment of counsel is denied.